# Court of Appeals
# of the State of Georgia

ATLANTA,  January 11, 2016

*The Court of Appeals hereby passes the following order:*

**A16D0188.  DENNIS DEMETRIUS SCOTT v. THE STATE.**

Dennis Demetrius Scott has filed a pro se application for discretionary appeal from the trial court's November 3, 2015, order denying his motion for sentence modification. Scott filed his application on December 10, 2015.  We lack jurisdiction.

Pretermitting whether Scott had a right of direct appeal from the trial court's order, we lack jurisdiction because his application is untimely. An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.  See OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Scott filed his application 37 days after entry of the order he seeks to appeal. His application is thus untimely, and it is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  01/11/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*